RECEIVED
APR 10 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) |
|---|---|
| v. | ) |
| ERIC RICHARD BRUNS | ) Case No. 1:23-mj-00012-MMS |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
By U.S. Marshals Service D/AK at 12:16 pm, Apr 07, 2023

USMS - D/ALASKA - WARRANTS
FID # 11540521
WARRANT # 2306-0407-0358-J
Entered NCIC NO
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ERIC RICHARD BRUNS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Interference with Flight Crew Members and Attendants

Date: April 7, 2023

City and state: Anchorage, Alaska

Matthew M. Scoble, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04-07-2023, and the person was arrested on *(date)* 04-08-2023
at *(city and state)* Skagway, Alaska.

Date: 04-08-2023

Matthew B Judy, FBI Special Agent
*Printed name and title*